```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| PATRICE KANTZ, on behalf of herself individually and on behalf of those similarly situated,<br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T, INC. and AT&T SERVICES, INC.,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  20-531 |

**ORDER**

　　　AND NOW, this    13th  day of July, 2020, upon consideration of Defendants' Motion for Court Order to Compel Individual Arbitration and Stay Proceedings (Doc. No. 7), it is hereby ORDERED that:

1. Defendants' Motion is STAYED for ninety days from the date of this Order to allow for discovery limited to the factual issue of whether there is a valid arbitration agreement.

2. On conclusion of limited discovery, the parties may submit supplemental briefing to bring this matter back before the Court.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ J. Curtis Joyner
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　J. CURTIS JOYNER, J.