IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICE KANTZ, on behalf of herself individually and on behalf of those similarly situated,<br>        Plaintiff,<br><br>   v.<br><br>AT&T, INC. and AT&T SERVICES, INC.,<br>        Defendants. | CIVIL ACTION<br><br><br>NO. 20-531 |

**O R D E R**

AND NOW, this 19th day of March, 2021, upon consideration of Defendants' Motion for Court Order to Compel Individual Arbitration and to Stay Proceedings (Doc. No. 7), Defendants' other filings in support of the Motion (Doc. Nos. 14, 18, 23, 33, and 36) and Plaintiff's Opposition thereto (Doc. Nos. 13, 15, 22, 24, 26, and 34), it is hereby ORDERED that Defendants' Motion (Doc. No. 7) is DENIED.  It is further ORDERED that Defendants' Motion for Court Order to Lift the Stay of Proceedings (Doc. No. 18) is DENIED as MOOT.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.