IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICE KANTZ, *on behalf of herself individually and on behalf of those similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>AT&T, INC. AND AT&T SERVICES, INC.,<br><br>Defendants. | No. 2:20-cv-00531-JCJ<br><br>Judge J. Curtis Joyner<br><br>**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT** |

Notice is hereby given that pursuant to 9 U.S.C. § 16(a)(1)( A), Defendants AT&T, Inc. and AT&T Services, Inc. appeal to the United States Court of Appeals for the Third Circuit from the Order of Honorable J. Curtis Joyner denying Defendant's Motion to Compel Arbitration, ECF No. 38, of the United States District Court, Eastern District of Pennsylvania, entered in this action on March 19, 2021.

Dated:  March 29, 2021

Respectfully submitted,

By: _____
Kenneth W. Gage*
Sara B. Tomezsko*
Paul Hastings LLP
200 Park Avenue, 30th Floor
New York, NY 10166
Phone: (212) 318-6000
Fax: (212) 230-7646
kennethgage@paulhastings.com
saratomezsko@paulhastings.com

By:   */s/ William Leahy*
William Leahy
Littler Mendelson P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102

Phone: (267) 402-3012
Fax: (267) 960-5464
wleahy@littler.com

*Attorneys for Defendants*
AT&T Inc. and AT&T Services, Inc.

\* Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, Sara B. Tomzsko, hereby certify that on March 29, 2021, I caused a copy of the foregoing Notice of Appeal to the U.S. Court of Appeals for the Third Circuit to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                  /s/ Sara Tomezsko