UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1620
_____

PATRICR KANTZ,
ON BEHALF OF HERSELF
INDIVIDUALLY AND ON BEHALF
OF THOSE SIMILARLY SITUATED

v.

AT&T, INC.; AT&T SERVICES, INC.,

                              Appellants

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-20-cv-00531)
District Judge: Honorable J. Curtis Joyner
_____

Submitted under Third Circuit LAR 34.1(a)
on January 13, 2022

Before: AMBRO, BIBAS, and ROTH, <u>Circuit Judges</u>

### JUDGMENT

This case came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on January 13, 2021.

Upon consideration whereof, **IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered March 19, 2021, be and the same is hereby **AFFIRMED**, costs to be assessed against Appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: February 10, 2022

**Certified as a true copy and issued in lieu of a formal mandate on** March 4, 2022

**Teste:**
**Clerk, U.S. Court of Appeals for the Third Circuit**