## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICE KANTZ, *Plaintiff,* v. AT&T, INC. et al., *Defendants.* | CIVIL ACTION NO. 20-531 |

## ORDER

**AND NOW**, this 13th day of February, 2023, upon consideration of AT&T's Partial Motion to Dismiss, (ECF 51), Kantz's Response, (ECF 52), and AT&T's Reply, (ECF 55), it is hereby **ORDERED** that AT&T's Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.